UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michael A. Miller, | Case No. 20-cv-0376 (WMW/LIB) |
| Petitioner, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| United States of America, President Donald J. Trump, U.S. Marshals Service, Joel Brott, and Brian Frank, | |
| Respondents. | |

---

This matter is before the Court on the May 14, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Dkt. 4.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

### ORDER

Based on the R&R, all the files, record, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The May 14, 2020 R&R, (Dkt. 4), is **ADOPTED**.

2. Plaintiff Michael A. Miller's petition for writ of habeas corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 1, 2020

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge